UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:22-CV-414-CRS

GREG K.                                                                                                  PLAINTIFF

v.

COMMISSIONER OF SOCIAL SECURITY                                           DEFENDANT

### ORDER

Magistrate Judge Colin H. Lindsay has filed his Report and Recommendation recommending that the Court grant Plaintiff's Motion for attorney fees and award fees in the amount of $20,582.75 (DN 37). No objections to the magistrate judge's Report and Recommendation have been filed and the time for filing objections has passed. Therefore, the magistrate judge's Findings of Fact, Conclusions of Law and Recommendation are hereby **ACCEPTED AND ADOPTED IN THEIR ENTIRETY** and incorporated by reference herein. A separate judgment will be entered this date granting the Plaintiff's fee motion and awarding fees in the amount of $20,582.75.

**IT IS SO ORDERED**.

October 30, 2024

Charles R. Simpson III, Senior Judge
United States District Court